# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2020

161390

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

KI PROPERTIES HOLDINGS, LLC and
DF LAND DEVELOPMENT, LLC,
      Plaintiffs-Appellants,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

ANN ARBOR CHARTER TOWNSHIP,
      Defendant-Appellee.

SC: 161390
COA: 348167
Washtenaw CC: 18-001074-AA

_____/

On order of the Court, the application for leave to appeal the February 4, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

ZAHRA, J., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2020



Clerk

p1118